Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

*Attorneys for Defendants*
Mayur Deepak Patil, Furor Media LLC,
Crunch Media, LLC, & Travly, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10PM CURFEW, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MAYUR DEEPAK PATIL; FUROR MEDIA, LLC, a Tennessee Limited Liability Company; CRUNCH MEDIA, LLC, a Tennessee Limited Liability Company; TRAVLY, INC, a Bahamas Corporation<br><br>Defendants. | Case No. 23-cv-02805-MEMF-MRW<br><br>*Assigned to the Hon. Maame Ewusi-Mensah Frimpong*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY, OR IN THE ALTERNATIVE TRANSFER, OR IN THE ALTERNATIVE DISMISS COMPLAINT**<br><br>**Hearing**<br>Date: August 24, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 8B (*Request for Zoom hearing anticipated to be filed by moving party)<br><br>Complaint Filed:   April 14, 2023<br>Trial Date:             None Set |

**NOTICE OF MOTION TO STAY, TRANSFER, OR DISMISS**

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 24, 2023, or as soon thereafter as the parties may be heard in the courtroom of the Honorable Maame Ewusi-Mensah Frimpong, United States District Court Judge, located at the United States Courthouse, 350 West First Street, Courtroom 8B, Los Angeles, California 90012, Defendants Mayur Deepak Patil ("Patil"), Furor Media, LLC ("Furor"), Crunch Media, LLC ("Crunch"), and Travly, Inc. ("Travly") (collectively, "Defendants"), will and hereby move to stay this case pending the determination of an earlier-filed action concerning the same subject matter entitled *Mayor Deepak Patil and Furormedia, LLC v. 10pm Curfew LLC*, Northern District of Indiana, Case No. 4:23-cv-00016, (the "Indiana Action"), **or, in the alternative,** transfer this action to the Northern District of Indiana pursuant to 28 U.S.C. § 1406(a) so that it may be heard concurrently with the Indiana Action, **or, in the alternative**, dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the Complaint fails to state a claim against Defendants upon which relief can be granted (the "Motion").

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 22, 2023, and which was preceded and followed by extensive written meet and confer communications between counsel.

The Motion is based on this Notice of Motion and Motion, Defendants' accompanying Memorandum of Points and Authorities in Support of the Motion, Declaration of Cory A. Baskin filed in support hereof, Defendants' Request for Judicial Notice submitted concurrently herewith, such other and further matters of which this Court must or may take judicial notice, all pleadings and papers on file in this action, , and such oral and documentary evidence and arguments as may be considered by the Court at the hearing on this matter

| | |
|---|---|
| Dated: July 5, 2023 | Respectfully submitted, |
| | witkow | baskin |
| | By: /s/Cory A. Baskin |
| | Cory A. Baskin |
| | Attorneys for *Defendants* |
| | Mayur Deepak Patil, Furor Media LLC, Crunch Media, LLC, & Travly, Inc. |

3

**NOTICE OF MOTION TO STAY, TRANSFER, OR DISMISS**