UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2805 MEMF (MRWx) | Date | March 14, 2024 |
|---|---|---|---|
| Title | 10PM Curfew v. Patil | | |

Present: The Honorable   Michael R. Wilner

| Narissa Estrada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # *61.) The parties incorrectly presented the proposed order to District Judge Frimpong. By previous order (Docket # 4), all discovery-related motions were assigned to Magistrate Judge Wilner.

The Court accepts and ENTERS the proposed order subject to the following:

1. ¶ 6.3 – Any challenge to a confidentiality designation must comply <u>in full</u> with the joint filing procedures described in Local Rule 37 for all discovery motions, not Local Rule 7.