JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10PM CURFEW LLC, a California Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAYUR DEEPAK PATIL, FUROR MEDIA, LLC, a Tennessee Limited Liability Company; CRUNCH MEDIA, LLC, a Tennessee Limited Liability Company; TRAVLY, INC. a Bahamas Corporation; ZACHARY JOSEPH LONGO,<br><br>　　　　Defendants. | Case No. 2:23-cv-02805-MEMF-MBK<br><br>**Order Dismissing the Lawsuit Without Prejudice and Retaining Jurisdiction to Enforce the Settlement**<br><br>Honorable Maame Ewusi-Mensah Frimpong<br><br>Action Filed:　April 14, 2023<br>Trial Date:　　March 16, 2026 |

1  The Court has considered the Stipulation between Plaintiff 10PM Curfew and
2  Defendants Mayur Deepak Patil, Furor Media LLC, Crunch Media, LLC, Travly,
3  Inc., and Zachary Joseph Longo.
4  After due consideration of the Stipulation and the settlement reached by the
5  parties, the Court ORDERS:
6  1.   This Action is dismissed without prejudice.
7  2.   All parties will bear their own costs and fees.
8  3.   The Court retains jurisdiction to enforce the Settlement Agreement
9  between the Parties. The Parties shall file a dismissal with prejudice when all non-
10 perpetual obligations under the settlement agreement have been discharged.

Dated: 11/05/2025

HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE